IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Richard Bernard Moore, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Bryan P. Stirling, Commissioner, )<br>South Carolina Department of Corrections; )<br>Joseph McFadden, Warden, Lieber )<br>Correctional Institution, )<br>)<br>Respondents. )<br>) | Civil Case No. 4:14-4691-MGL-TER<br><br><br><br>**ORDER** |

Pending before this court is a motion to appoint counsel Lindsey S. Vann, of Columbia, South Carolina, to represent Petitioner. The District of South Carolina has in place its Plan for Implementing the Criminal Justice Act of 1964 (the CJA Plan), as Amended, 18 U.S.C. Section 3006A, that provides for the appointment of counsel of a Defendant proceeding *in forma pauperis*. Section VII of the CJA Plan addresses appointment of counsel in capital habeas corpus cases.

Counsel for Petitioner and/or Ms. Vann, shall within five (5) days of the date of this order, submit a brief and/or other documentation explaining if and why it is appropriate to appoint Ms. Vann pursuant to Section VII of the CJA Plan for the District of South Carolina, or otherwise.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

December 17, 2014
Florence, South Carolina

1