IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Richard Bernard Moore, ) | |
| ) | Civil Case No. 4:14-4691-MGL-TER |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| Bryan P. Stirling, Commissioner, ) | |
| South Carolina Department of Corrections; ) | |
| Joseph McFadden, Warden, Lieber ) | |
| Correctional Institution, ) | |
| ) | |
| Respondents. ) | |
| ) | |

The above-captioned capital habeas case has been referred to the undersigned United States Magistrate Judge for preliminary proceedings. Counsel for Petitioner filed the Petition for Writ of Habeas Corpus on August 14, 2015. (ECF No. 43.) Counsel for Respondents were served via the Electronic Case Filing System.

Respondents shall file an Answer or other response to the Petition as soon as reasonably possible, but no later than fifty (50) days from the entry of this Order. As a courtesy to the Court, please identify any pages missing from relevant portions of the state court record submitted in response to the Petition and advise (1) whether an attempt has been made to locate the missing pages, and (2) the result of the attempt to locate. *See* Rule 5, Rules Governing Section 2254 Cases in the U.S. District Courts.

Respondents shall file all dispositive motions no later than forty-five (45) days after the Answer is filed. With respect to dispositive motions by Respondents, this Order shall serve as a scheduling order.

1

2

The undersigned will establish a subsequent briefing schedule after Respondents have answered or filed a dispositive motion.

IT IS SO ORDERED.

|  |  |
|---|---|
| August <u>21</u>, 2015<br>Florence, South Carolina | <u>s/Thomas E. Rogers, III</u><br>Thomas E. Rogers, III<br>United States Magistrate Judge |

2