UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

_____

| | | |
|---|---|---|
| RICHARD BERNARD MOORE, | ) | C/A No.: 4:14-cv-4691-MGL-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **Order** |
| | ) | |
| BRYAN P. STIRLING, Commissioner, | ) | |
| South Carolina Department of Corrections, | ) | |
| JOSEPH MCFADDEN, Warden, Lieber | ) | |
| Correctional Institution, | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

The petitioner in this capital habeas corpus matter, Richard Bernard Moore ("Petitioner"), is a state prisoner convicted of murder, assault with intent to kill, and armed robbery and sentenced to death. The court previously directed Respondents' counsel to file a complete record of all state court proceedings to date in connection with this matter (*see* ECF No. 17), and Respondents' counsel did so on August 21, 2015 (*see* ECF Nos. 44 & 45).[1]

The court hereby directs Respondents' counsel to file an unredacted copy of the state court appendix under seal within 10 days of this order.

---

[1] The redacted copy of the state court record initially filed by Respondents properly complied with Rule 13.4.2(f) of this district's Electronic Case Filing Policies and Procedures.

IT IS SO ORDERED.

                                                                                         s/Thomas E. Rogers, III
                                                                                         Thomas E. Rogers, III

December 16 , 2015                                       United States Magistrate Judge
Florence, South Carolina