UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Richard Bernard Moore, | ) C/A No.: 4:14-cv-4691-MGL-TER |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| Bryan P. Stirling, *Commissioner, South Carolina Department of Corrections*; Joseph McFadden, *Warden of Lieber Correctional Institution*, | ) |
| Respondents. | ) |

On August 14, 2015, the petitioner in this matter, Richard Bernard Moore ("Petitioner"), filed his Petition for Writ of Habeas Corpus. (ECF No. 43). On November 16, 2015, Respondents filed a Return and Motion for Summary Judgment. (ECF Nos. 56, 57). Subsequently, on January 13, 2016, the court stayed this matter, pending resolution of Petitioner's post-conviction relief application in state court. (ECF No. 67). The court has lifted that stay in a contemporaneously filed order.

Pursuant to the Rules Governing Section 2254 Cases in the United States District Courts, the following schedule is established for this case:

1. Petitioner shall file a response to Respondents' motion for summary judgment by August 11, 2017.

2. Respondents shall file a reply to any response no later than 21 days after the response is filed.

IT IS SO ORDERED.

                                                       s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

June 23, 2017
Florence, South Carolina